**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Manuel HURTADO–FERNANDEZ,
Defendant–Appellant.**

No. 08–11164
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 22, 2008.

William Gregory Hughes, Mobile, AL, for Defendant–Appellant.

Before EDMONDSON, Chief Judge, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed appellate counsel for Manuel Hurtado–Fernandez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hurtado–Fernandez's conviction and sentence are **AFFIRMED.**